IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HUMAN RIGHTS DEFENSE CENTER,**             **PLAINTIFF**

v.             **CIVIL ACTION NO. 2:18-CV-184-KS-MTP**

**FORREST COUNTY, MISSISSIPPI,** *et al.*,             **DEFENDANTS**

### ORDER

On November 6, 2018, Plaintiff filed a Motion for Preliminary Injunction [7]. At the time, the record did not reflect that any Defendant had been served, and no Defendant had appeared. On December 3, 2018, Defendants filed an Answer [9]. Defendants shall file a response to the Motion for Preliminary Injunction [7] on or before **December 24, 2018**. Plaintiff may reply on or before **December 31, 2018**.

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this 10th day of December, 2018.

                                             /s/    Keith Starrett
                                             KEITH STARRETT
                                             UNITED STATES DISTRICT JUDGE