# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

FORREST COUNTY, MISSISSIPPI, et al.,

    Defendants.

Case No.: 2:18-cv-00184-KS-MTP

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled by way of a stipulated injunction and the resolution of all other issues and controversies to their mutual satisfaction. The parties request that the Court retain jurisdiction to enforce the terms of their settlement. *See, Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994) (in an order of dismissal, a court may include a provision retaining jurisdiction to enforce a settlement agreement).

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Court shall retain jurisdiction for the purpose of enforcing the terms of the Stipulated Injunction entered on February 6, 2019.

2. Except as provided for in paragraph 1 above, this case is dismissed.

Dated this 15th day of February, 2019.

                                              KEITH STARRETT
                                              UNITED STATES DISTRICT JUDGE

AGREED:

*s/ Robert B. McDuff*
Co-Counsel for Plaintiff

*s/ William R. Allen*
Counsel for Defendants